SETH M. REISS, AAL, ALLLC
Seth M. Reiss, Bar No. 2774
3770 Lurline Drive
Honolulu, HI 96816
Telephone: 808-521-7080
Facsimile:  808-675-5805
E-mail: seth.reiss@lex-ip.com

RANDAZZA LEGAL GROUP
Marc Randazza*
(Cal. Bar No. 269535)
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax )
E-mai: MJR@Randazza.com
*(Pending Pro Hac Vice Admission)

Attorneys for Plaintiff,
THIRD WORLD MEDIA, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THIRD WORLD MEDIA, LLC.<br><br>         Plaintiff,<br><br>     vs.<br><br>HAWAII MEMBERS OF SWARM OF MAY 13, 2011 TO JULY 25, 2011 SHARING HASH FILE 763E1BC277D2705C4B651957D0BECF3A7E872D86; DERINE TIELL, JACQUELINE N. PERREIRA, AND DOES 36 AND 37,<br><br>         Defendants. | Case No. 1:11-cv-00537-DAE -RLP<br>(Copyright)<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS DERINE TIELL AND DOE 36 PURSUANT TO RULE 41(a)(1)(A)(i)** |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS DERINE TIELL AND DOE 36 PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff, Third World Media, LLC, by and through its undersigned counsel, hereby gives this Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), FRCP, that it is dismissing, without prejudice, all of its claims against Defendants Derine Tiell and Doe 36 corresponding to the following IP address listed in the First Amended Complaint:

72.234.46.18

Defendants Derine Tiell and Doe 36 have not served upon Plaintiff an answer, motion for summary judgment or other responsive pleading.

DATED:  Honolulu, Hawaii, June 8, 2012.

SETH M REISS, AAL, ALLLC

RANDAZZA LEGAL GROUP

/s/ Seth M. Reiss
SETH M. REISS
MARC J. RANDAZZA

Attorneys for Plaintiff
THIRD WORLD MEDIA, LLC